IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KENDRICK SALES, Individually,
WILLIAM E. WHITE, JR., Individually,
WAYNE TUBBS, JR., Individually,
And on Behalf of Others Similarly Situated                                          PLAINTIFFS

v.                                              CIVIL ACTION NO.: 2:12-CV-00056-SA-SAA

JAMES BAILEY,
DELTA PRODUCTS TREE SERVICE, LLC,
And MS RIGHT OF WAY PROFESSIONALS, LLC                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law entered this day, the Court enters judgment in favor of Plaintiffs in the amount $14,811.56 in damages, $14,811.56 in liquidated damages, with interest at the rate of 0.13%, and reasonable attorney's fees and costs.

SO ORDERED AND ADJUDGED, this the 8th day of August, 2014.

                                               **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**