### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

KENDRICK SALES, Individually,
WILLIAM E. WHITE, JR., Individually,
WAYNE TUBBS, JR., Individually,
And on Behalf of Others Similarly Situated                    PLAINTIFFS

V.                                        CIVIL ACTION NO.: 2:12-CV-00056-SA-SAA

JAMES BAILEY,
DELTA PRODUCTS TREE SERVICE, LLC,
And MS RIGHT OF WAY PROFESSIONALS, LLC                    DEFENDANTS

## <u>ORDER</u>

Pursuant to a memorandum opinion issued this day, Plaintiffs' Motion for Attorneys'

Fees and Costs [68] is GRANTED IN PART and DENIED IN PART. Plaintiffs are awarded

$85,063.75 in attorneys' fees and $6,029.55 in taxing costs and reasonable out-of-pocket

expenses.

SO ORDERED, this 22nd day of April, 2015.


                                        /s/ Sharion Aycock
                                        **UNITED STATES DISTRICT JUDGE**